■ LUCILLE PATTON, Appellant, v. LEONARD KAUFMAN et al., Copartners Doing Business as BILLEN ENGINEERING & SALES CO., Respondents.— Orders entered on August 10, 1961 and December 12, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ SADIE CHAPMAN, Appellant, v. GEORGE A. FULLER COMPANY et al., Respondents.— Order entered on February 23, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Appeal from order entered on April 13, 1962 dismissed, without costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of ROBERT DOUGLAS, Respondent, v. S. G. FASSOULIS et al., Appellants.— Order entered on April 16, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ DOROTHY FITZGERALD et al., Appellants, v. NATIONAL HOUSE CLEANING CONTRACTORS, INC., Respondent.— Order entered on February 28, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ARLINE WOZNICKI, Also Known as ARLINE WARNER, Respondent, v. LYNN TERRACE APARTMENTS, SECTION 1, INC., Appellant.— Order entered on July 2, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ROSA RICHETTA et al., Appellants, v. BARMIKE REALTY COMPANY et al., Respondents.— Order entered on May 4, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Appeal from order entered on November 2, 1962 dismissed, without costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ GLORIA ROTHBART, Respondent, v. GERARD ROTHBART, Appellant.— Order entered on December 19, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MORRIS J. WEINSTEIN et al. v. ABRAHAM GABBAY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD FINK. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HUBERT A. SANDIFORD. (C) JEAN RUCKER v. FIFTH AVENUE COACH LINES, INC. (D) SEAWAYS SHIPPING CORP. v. ASSOCIATED BULK CARGO, S. A., et al. (E) BENJAMIN GREENBERG v. NATHAN SCHULMAN. (F) MORRIS WOLF et al. v. PHEBE W. ANDREWS. — [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ KAZIMIERZ TEBIN et al. v. JANINA MOLDOCK.— Motion to dispense with printing denied. Motion for an order directing plaintiffs-appellants to furnish additional security denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.